UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

ERIC K. CRUZ

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:08-CR-570 (GHL)

  Bradford Riendeau, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count(s) 1 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Intoxicated by Alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.2 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: AUGUST 1, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 and special assessment of $25.00. Total amount of the fine and special assessment amounts to $525.00, payable no later than June 15, 2009. Payment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** count 2 of the Information is dismissed on motion of the United States.

January 14, 2009
Date of Imposition of Sentence

January 26, 2009
DATE SIGNED

*George H. Lowe*
George H. Lowe
United States Magistrate Judge